JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR J. TIRADO, | Case No. CV12-4186 JEM |
| Plaintiff, | ORDER OF DISMISSAL FOR LACK OF PROSECUTION |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

THE COURT having ordered the Plaintiff to show cause in writing, not later than September 5, 2012 why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.

DATED: September 12, 2012

_____
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE