JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR J. TIRADO, | Case No. CV12-4186 JEM |
| Plaintiff, | ORDER OF DISMISSAL FOR LACK OF PROSECUTION |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The Court having ordered Plaintiff to show cause in writing, no later than September 5, 2012, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

IT IS HEREBY ORDERED that this action be dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.

IT IS SO ORDERED.

DATED: September 14, 2012

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE